722 A.2d 674

**Nancy Lee EATON, Petitioner,**

v.

**Beth A. DRASZKIEWICZ, Respondent.**

Supreme Court of Pennsylvania.

Jan. 7, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 7th day of January 1999, the Petition for Allowance of Appeal is GRANTED and this matter is RE-MANDED to the trial court for further consideration in light of this Court's decision in *Washington v. Baxter,* 553 Pa. 434, 719 A.2d 733 (1998).